# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

LATREZZ L. SINGLETON, )
)
    Petitioner, )     CIVIL ACTION NO.: CV214-108
)
v. )
)
UNITED STATES OF AMERICA, )     (Case No.: CR210-019)
)
    Respondent. )

## O R D E R

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Respondent's Motion to Dismiss is **GRANTED.** Singleton's Motion to Vacate Sentence, filed pursuant to 28 U.S.C. § 2255, is **DISMISSED.** The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED,** this 5 day of November , 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA