IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

UNITED STATES OF AMERICA, :
:
vs. : CASE NO.: CR210-019
:
LATREZZ L. SINGLETON :

## ORDER

Defendant Latrezz L. Singleton has filed a Motion For Reduction of Sentence and he moves for this Court to appoint counsel to assist him with that Motion. Defendant's request for the appointment of counsel (doc. 111) is **DENIED** at this time. If Defendant is entitled to a sentence reduction as a result of amendments to the Federal Sentencing Guidelines, the Court will make such a reduction *sua sponte*.

**SO ORDERED**, this ____ day of _____, 2015.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA