# In the United States District Court
## For the Southern District Of Georgia
## Waycross Division

UNITED STATES OF AMERICA,     *
                          *

        Plaintiff,    *       CRIMINAL CASE NO.: 2:10-cr-19
                          *

   v.    *
                          *

LATREZZ L. SINGLETON,    *
                          *

        Defendant.    *

## O R D E R

Before the Court are Defendant's Objections to the Magistrate Judge's Report and Recommendation of October 29, 2015. Dkt. No. 128. After an independent and *de novo* review of the entire record, the Court **OVERRULES** Plaintiff's Objections, dkt. no. 129, **CONCURS** with the Magistrate Judge's Report and Recommendation, and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.

On September 21, 2015, this Court denied Defendant's Motion for Sentence Reduction pursuant to 18 U.S.C. § 3582(c)(2. Dkt. No. 121. On October 9, 2015, Defendant filed a Notice of Appeal of the Order. Dkt. No. 122. Defendant also filed with his Notice of Appeal the instant Motion Application to Proceed on

Appeal in Forma Pauperis.  Dkt. No. 123.

The Magistrate Judge recommended that Defendant's Motion be denied because "there are no non-frivolous issues to raise on appeal, and an appeal would not be taken in good faith."  Dkt. No. 128, p. 4.  Having reviewed the record in this case, the undersigned concurs with that conclusion.  Accordingly, the Court **OVERRULES** Defendant's Objections.  Defendant's Motion, dkt. no. 123, is **DENIED,** and Defendant is **DENIED** *in forma pauperis* status on appeal.

**SO ORDERED,** this _____ day of _____ , 2015.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA